# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA CHRISTIAN SALAZAR (36),<br><br>Defendant. | Case No. 11cr1448-MMA-36<br><br>**ORDER DENYING DEFENDANT'S EMERGENCY MOTION TO RECALL BENCH WARRANT**<br><br>[Doc. No. 2213] |

On October 2, 2017, this Court issued a no-bail bench warrant for the arrest of Defendant Joshua Christian Salazar. *See* Doc. No. 2015. At the time, Defendant was serving a 24-month term of supervised release. *See* Doc. No. 1826. The Court found probable cause to believe that Defendant had violated the conditions of supervised release based on his conviction for a state felony hit and run charge. *See generally* Doc. No. 2015. Defendant recently completed a state custodial term and is set to appear on April 13, 2020 in the Eastern District of California for arraignment on the allegations of noncompliance with the conditions of his supervised release. *See* Doc. No. 2213. As such, Defendant remains in custody.

Defendant moves to recall the no-bail bench warrant. *See id.* Defendant requests that the Court recall the warrant and issue a summons to appear at a later date to answer the allegations. Doing so would result in Defendant's release from custody. According

1

to Defendant, his request is "based entirely upon the COVID-19 pandemic, which has reached the California prison system." *Id.* at 2. Defendant states that the assigned United States Probation officer opposes his request; the government defers to the Court. *See id.*

Upon due consideration, the Court declines to recall the bench warrant. The Court understands Defendant's apprehension regarding the ongoing public health crisis and its potential impact on incarcerated individuals. However, general concerns regarding one's conditions of continued confinement do not constitute a proper legal basis for recalling a bench warrant issued upon a finding of probable cause.

Accordingly, the Court **DENIES** Defendant's emergency motion.

**IT IS SO ORDERED**.

DATED: April 13, 2020

HON. MICHAEL M. ANELLO
United States District Judge